[ ] **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

---

**In re:**   **(1) Marissa Desiree Buckley**                                    **Case No. 19-24955**

              **(2)**
**Debtor(s).**                                                                  **Chapter 13**

---

**CHAPTER 13 PLAN**

---

**ADDRESS:**  (1) 6424 Whispering Lane S., Apt. 101          (2) _____

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $40.00        (√) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

       (√) **PAYROLL DEDUCTION** from:  Federal Express                **OR**   ( ) **DIRECT PAY**.
                                  3885 Airways Blvd
                                  Memphis, TN 38116

    **DEBTOR (2)** shall pay $ _____     ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

       ( ) **PAYROLL DEDUCTION** from: _____   **OR**   ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**                        ( ) YES  (√) NO

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**               ( ) YES  (√) NO
    **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

    **(C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].**                           ( ) YES  (√) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** (√) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:    Monthly Plan Payment:

    _____; ongoing payment begins paid outside of plan           $ _____
    Approximate arrearage: _____                                 $ _____
    _____; ongoing payment begins paid outside of plan           $ _____
    Approximate arrearage: _____                                 $ _____

5. **PRIORITY CLAIMS:**
    _____ Amount: _____         $ _____
    _____ Amount: _____         $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( ) Paid by Trustee to:

    _____; ongoing payment begins _____     $ _____

Approximate arrearage: _____ Interest _____% $ _____
_____; ongoing payment begins _____ $ _____
Approximate arrearage: _____ Interest _____% $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]           Value of Collateral:      Rate of Interest:      Monthly Plan Payment:
   _____      _____      _____%      $ _____
   _____      _____      _____%      $ _____
   _____      _____      _____%      $ _____

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
   [Retain lien 11 U.S.C. §1325(a)]          Value of Collateral:      Rate of Interest:      Monthly Plan Payment:
   _____      _____      _____%      $ _____
   _____      _____      _____%      $ _____
   _____      _____      _____%      $ _____

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
   _____ Collateral: _____
   _____ Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**
    
    |  | Amount: | Rate of Interest: | Monthly Plan Payment: |
    |---|---|---|---|
    | Memphis City Court | _____ | _____% | $ _____ |
    | Collierville City Court | _____ | _____% | $ _____ |
    | Shelby Co. Gen Sessions Court | _____ | _____% | $ _____ |
    | Davidson County Court | _____ | _____% | $ _____ |
    | Madison CountyCourt | _____ | _____% | $ _____ |
    | Henderson CountyCourt | _____ | _____% | $ _____ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**
    **Federal Loan Servicing Credit (Forbearance/survives plan)**  (√)  Not provided for   **OR**  ( )  General unsecured creditor
    _____  ( )  Not provided for   **OR**  ( )  General unsecured creditor
    _____  ( )  Not provided for   **OR**  ( )  General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
    _____
    _____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $54,853_____.**

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    (√) **10%**, OR,

    ( ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
    _____  ( ) Assumes  **OR**  ( ) Rejects.
    _____  ( ) Assumes  **OR**  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**
_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**


_/s/Veronica Fair-Miller_____     **DATE:  07/30/2019_____.**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**
**1703 Lockett Place**
**Memphis, TN 38104**
**901-343-1940 Telephone**
**901-205-0640 Facsimile**
**vfm@vfmlawfirm.com**